423 A.2d 1314

Commonwealth v. Staten, Appellant.

Submitted December 8, 1978. E. Yvonne Grear, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

423 A.2d 1314

Commonwealth v. Stotler, Appellant.

Submitted March 23, 1979. Taylor P. Andrews, Public Defender, for appellant; Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.